John P. Gleason
Gleason & Koatz, LLP
122 East 42nd Street
New York, New York 10168
212.986.1544
Attorneys for defendant Albert D. Nassar

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                            13 Civ. 8174 (ER) (KNF)

        Plaintiff,

## NOTICE OF MOTION

  - against -

ALBERT D. NASSAR, et al.,

        Defendants.
-------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the Declaration of John P. Gleason, Esq., together with the exhibits annexed thereto and the attached Memorandum of Law, Defendant Albert D. Nassar will move this Court before the Honorable Edgardo Ramos at the United States Courthouse, located at 500 Pearl Street, New York, New York 10007, on January 15, 2016 and thereafter pursuant to that certain briefing schedule ordered by the Court on December 1, 2015 (Document No. 50) for summary judgment in favor of defendant Albert D. Nassar and against plaintiff the United States of America pursuant to Fed. R. Civ. Pro. 56(b).

1

Dated: January 13, 2016
       New York, New York

                                            Gleason & Koatz, LLP
                                            Attorneys for Defendant Albert D. Nassar

                                            By:  s/s *John P. Gleason*
                                                  John P. Gleason

                                            122 East 42nd Street
                                            New York, New York 10168
                                            212.986.1544


TO:    Jeffrey K. Powell, Esq.
           Assistant United States Attorney
           86 Chambers Street
           New York, New York 10007
           212) 805-7943