*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 25, 2018

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Nassar*, 13 Civ. 8174 (ER)

Dear Judge Ramos:

    This Office represents the United States of America (the "Government"), which is the plaintiff in the above-captioned matter, against defendants Albert D. Nassar and The Nassar Family Irrevocable Trust ("Defendants"). We write respectfully to request that the Court grant the Government's Motion for an Order Appointing a Receiver and for an Order of Eviction [Dkt. No. 91], and enter the Government's proposed order annexed as Exhibit 1 to the motion [Dkt. No. 91-1], which were filed on August 27, 2018. Defendants' counsel, John Gleason, Esq., has not filed an opposition to the Government's opening motion by the September 14, 2018 deadline, and Mr. Gleason has also confirmed in writing to the Government that Defendants do not intend to file an opposition. Accordingly, we respectfully request that all briefing be considered closed, and that the Court grant the Government's motion based on the papers filed with the Court to date.

    We thank the Court for its consideration of this letter.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

By:    */s/ Tomoko Onozawa*
        TOMOKO ONOZAWA
        Assistant United States Attorney
        Tel: (212) 637-2721
        Fax: (212) 637-2686

cc:    John Gleason, Esq. (via ECF)